UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ANTHONY WELCH,
         Plaintiff,

v.

CONN CREDIT, CYBRCOLLECT,
MID ATLANTIC FINANCE,
DIVERSIFIED CONSULTANTS,
DEPARTMENT OF EDUCATION,
CAPITAL ONE BANK, and GC SERVICES,

         Defendants.

Civil Action No: _____

## DEFENDANT, GC SERVICES LIMITED PARTNERSHIP'S, NOTICE OF REMOVAL

Defendant, GC Services Limited Partnership ("Defendant"), files this notice of removal under 28 U.S.C. § 1446(a).

### INTRODUCTION

1. On March 18, 2016, Plaintiff sued Defendant for alleged violations of 15 U.S.C. § 1681, *et seq.*, the Fair Credit Reporting Act ("FCRA"), in the 295th Judicial District Court of Harris County, Texas. The suit is Cause No. 2016-15381; *Anthony Welch v. Conn Credit, et al.*; In the 295th Judicial District Court of Harris County, Texas.

2. Defendant received notice of Plaintiff's suit on March 17, 2016. Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b)(1).

### BASIS FOR REMOVAL

3. Removal is proper because Plaintiff's suit involves a federal question. 28 U.S.C. §§ 1331, 1441(a). Specifically, Plaintiff's claims arise under the FCRA because Plaintiff alleges

in his amended petition he suffered economic damages because of Defendant's alleged violations of the FCRA.

4.     All defendants who have been properly joined and served join in or consent to the removal of this case to federal court. 28 U.S.C. § 1446(b)(2)(A).

5.     Consent of the following defendants is not necessary because they have not been served: Conn Credit, Cybercollect, Mid Atlantic Finance, Department of Education, and Capital One Bank. *Id.*

6.     Consistent with Rule 81 of this Court's Local Rules, copies of the following documents are attached: pleadings asserting causes of action and all answers to such pleadings, the state court docket sheet, an index of matters being filed, and a list of counsel of record. No executed process or orders signed by the state judge are attached to this notice of removal because none has been filed in the state court suit.

7.     Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district.

8.     Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

## JURY DEMAND

9.     Plaintiff did not demand a jury in the state court suit.

## PRAYER

10.    For these reasons, Defendant, GC Services Limited Partnership, asks the Court to remove the suit to the United States District Court for the Southern District of Texas, Houston Division.

Respectfully submitted,

By: /s/ *William S. Helfand*
    William S. Helfand
    Attorney-in-Charge
    Texas Bar No. 09388250
    SDT No. 8791
    1200 Smith St., Ste. 1400
    Houston, Texas 77002
    713-654-9630
    713-658-2553 (Fax)
    Bill.Helfand@chamberlainlaw.com

Attorney for Defendant
GC Services Limited Partnership

OF COUNSEL:

CHAMBERLAIN, HRDLICKA, WHITE,
    WILLIAMS & AUGHTRY
1200 Smith St., Ste. 1400
Houston, Texas 77002
713-654-9630
713-658-2553 (Fax)

## CONSENT TO REMOVAL

Defendant, Diversified Consultants, Inc., agrees with this notice of removal and consents to removal of this suit to federal court.

By: /s/ *Whitney L. White*
    Whitney L. White
    Texas Bar No. 24075269
    900 Jackson St., Ste. 440
    Dallas, Texas 75202
    (214) 741-3001
    (214) 741-3055 (Fax)
    wwhite@sessions-law.biz

Attorney for Defendant
Diversified Consultants, Inc.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been forwarded to the Plaintiff by Certified Mail Return Receipt Requested and First Class mail and to the following counsel of record by email on this 6th day of April 2016:

Anthony Welch, Pro se
7322 SW Freeway, Ste. 802
Houston, Texas 77074

Whitney L. White                    Email: wwhite@sessions-law.biz
Sessions, Fishman, Nathan & Israel, LLC
900 Jackson St., Ste. 440
Dallas, Texas 75202

                                        */s/ William S. Helfand*
                                        William S. Helfand

2115727.1
009124.000000