P. 8

**IN THE DISTRICT COURT**

**HARRIS COUNTY, TEXAS**

**HOUSTON, TEXAS**

**F I L E D**
Chris Daniel
District Clerk

MAR 0 9 2016

Time: _3:25 pm_

By _S. Richardson_
Deputy

Harris County, Texas

**2016   15381**

| | | |
|---|---|---|
| ANTHONY WELCH | § | IN THE DISTRICT COURT |
| | § | |
| PLAINTIFF | § | |
| | § | |
| vs. | § | 295TH JUDICIAL DISTRICT |
| | § | |
| CONN CREDIT, CYBRCOLLECT, | § | |
| MID ATLANTIC FINANCE & | § | |
| DIVERSIFIED CONSULTANTS | § | |
| | § | |
| DEFENDANTS | § | HARRIS COUNTY, TEXAS |

**PLAINTIFF ORIGINAL PETITION AND APPLICATION FOR TEMPORARY**

**RESTRAINING ORDER**

ANTHONY WELCH files this Plaintiff's Original Petition complaining of CONN CREDIT, CYBERCOLLECT, MID ATLANTIC FINANCE & DIVERSIFIED CONSULTANTS. In support thereof Plaintiff would show this Court the following:

**DISCOVERY LEVEL**

1. Discovery is intended to be conducted under Discovery Level 2.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

1

EXHIBIT

A

## PARTIES

2. ANTHONY WELCH ('Plaintiff') is an individual whose office is at 7322 SW Freeway, Suite 802, and Houston, Texas 77074 in Harris County, Texas.

3. CONN CREDIT ("Defendant") is and Texas Corporation authorized to conduct business in the state of Texas and uses the address: 3295 College St, Beaumont, TX 77701.

4. CYBERCOLLECT ("Defendant") is an Ohio corporation authorized to conduct business in the state of Texas and may be served by using address 3 East Oval, STE 210, and Columbus, OH 43219.

5. MID ATLANTIC FINANCE ("Defendant") is a Florida corporation authorized to conduct business in the state of Texas and may be served by using address 4592 Ulmerton Rd, Suite #201, Clear, FL 33762.

6. DIVERSIFIED CONSULTANTS ("Defendant") is a Florida corporation authorized to conduct business in the state of Texas and uses the address: 10550 Deerwood Park Blvd suite 309, Jacksonville, FL 32256.

## FACTS

7. On December 9, 2015 Plaintiff received a copy of his credit report from Experian. Plaintiff was astounded to see the delinquent debts on his credit report, reported by Conn Credit, Cybrcollect, and Mid Atlantic Finance and Diversified Consultants. See attached Exhibit A, incorporated by this reference. Plaintiff knowing nothing about these debts disputed the claims. Plaintiff received no response from Defendants.

2

8.  On December 19, 2015, Plaintiff sent a letter to Defendants demanding that the incorrect information be removed from Plaintiff's credit report, as the date of filing the petition there has been no response. See attached Exhibit B, incorporated by this reference.

9.  Until the time Defendants reported this incorrect information on Plaintiff's credit report he enjoyed and excellent credit rating.

10. End of December, Plaintiff was informed by Visa that his credit limit would be decreased by $3,500 because of the several bad debts reported on his credit report.

11. Defendant is, and at all times mention herein was, regularly engaged in the practice of assembling and evaluating consumer credit information on consumers for the purpose of furnishing consumer reports to third parties.

## VENUE

12. Venue for this cause of action is mandatory in Harris County, Texas, because Defendant is and individual residing in Houston, Harris County, Texas.

## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

## Count 1 - Violation of §611 Procedure in Case of Disputed Accuracy [15 U.S.C. §1681i]

13. 15 U.S.C.§1681i requires that once a consumer disputes the accuracy of an item on their credit report the report must be changed to reflect the disputed status or completely removed from the credit report. Plaintiff disputed the Defendants bad debt on July 7, 2015; Defendant never changed the status on Plaintiff's credit report. Further, this section also requires that Defendant respond to the consumer within 30

days of the dispute. Defendant has never responded to Plaintiff.

### Count 2 - Violation of §607 Compliance Procedure [15 U.S.C. §1681e]

14. 15 U.S.C. §1681e requires that Defendants follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates. Defendant failed to comply with this section by allowing the inaccurate information reported by Defendants to be reflected on Plaintiff's credit report and allowing this information to remain on Plaintiff's credit report even though it had been disputed.

### Count 3 – Violation of §623 Responsibilities of Furnishers of Information to Consumer Reporting Agencies [15 U.S.C. §1681s-2]

15. 15 U.S.C. §1681s-2 requires that Defendants provide Plaintiff with accurate information and shall not provide information that it knows is incorrect. Defendants wrongfully reported that Plaintiff owed said debts. Even after Defendants were informed that the information being reported was incorrect reporting continued.

### APPLICATION FOR A TEMPORARY RESTRAINING ORDER

16. Plaintiff's application for a temporary restraining order is authorized by Tex. Civ. Prac. & Rem. Code §65.011(1). Specifically, Plaintiff requests the Court to Order Defendants remove the bad debts that are being wrongly reported by Defendants on Plaintiff's credit report.

17. It is probable that Plaintiff will recover from Defendants after a trial on the merits because Defendants have violated the Fair Credit Reporting Act.

18. If Plaintiff's application is not granted, harm is imminent because Plaintiff's credit is being damaged each day this incorrect information is being reported on Plaintiff's credit report.

19. The harm that will result if the temporary restraining order is not issued is irreparable because Plaintiff will lose valuable business opportunities because he cannot obtain the credit need because of reduced credit score. To date Plaintiff's Visa account has been reduced by $3,500.00 because of his reduced credit score.

20. Plaintiff has no adequate remedy at law because the business opportunities Plaintiff is losing are one times offers. Currently Plaintiff has a contract on property in Houston, TX and may not be able to obtain the financing necessary to complete the purchase because of his reduced credit report.

21. Plaintiff is willing to post bond.

22. There is not enough time to serve notice on Defendants to fold a hearing on this application. The harm Plaintiff is suffering needs to be stopped immediately.

## REQUEST FOR TEMPORARY INJUNCTION

23. Plaintiff asks the court to set its application for temporary injunction for a hearing and, after the hearing, issue a temporary injunction against Defendants.

24. Plaintiff has joined all indispensable parties under Texas Rule of Civil Procedure 39.

## DAMAGES

25. Plaintiff has suffered harsh economic damage because of Defendants violation of the Fair Credit Reporting act and such damages continue to accrue.

## ATTORNEYS' FEES

26. Said Defendants conduct as described herein and the resulting damage and loss to Plaintiff have made it necessary for Plaintiff to retain the attorney. By reason thereof, and by reason of 15 U.S.C. §1681o of the Fair Credit Reporting Act, Plaintiff is entitled to recover a reasonable fee for such attorney's services in the preparation and prosecution of this action, as well as a reasonable fee for any and all appeals to other courts.

## PRAYER

27. WHEREFORE, PREMISES CONSIDERED, Plaintiff, ANTHONY WELCH, requests that the Defendants, CONN CREDIT, CYBRCOLLECT, and MID ATLANTIC FINANCE, be cited to appear and answer herein, and that upon final hearing Plaintiff have Judgement against Defendant for the following:

   1. Actual damages for a sum within the jurisdictional limits of the Court;

2.  Pre-judgement and post judgment interest as provided by law;

3.  Attorney's fees.

4.  Cost of suit.

5.  Such other and further relief, both general and special, at law and in equity,
    to which Plaintiff may show itself to justly entitle.

Respectfully submitted,

Anthony Welch
7322 SW Freeway, Suite 802
Houston, Texas 77074
**713-255-7200**

Unofficial Copy Office of Chris Daniel District Clerk

**STATE OF TEXAS**                          )

**HARRIS COUNTY**                          )

                                           )

                                           )

## VERIFICATION

        Before me, the undersigned notary, on this day personally appeared Anthony Welch, the affiant, a person whose identity is known to me.  After I administered an oath to affiant, affiant testified:

        "My name is Anthony Welch.  I am the Plaintiff in this action.  I have read Plaintiff's Origin Petition.  The facts stated in it are within my personal knowledge and are true and correct."

                                                    _____
                                                    Anthony Welch

SWORN TO and SUBSCRIBED before me by Anthony Welch on
2/29/16
.

                                                    _____
                                                    **Notary Public in and for the State of Texas**

p. 11

CONFIRMED FILE DATE: 3/9/2016

# Exhibit "A"

Unofficial Copy Office of Chris Daniel District Clerk

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

Experian – Report Summary                                                                                2/25/16, 9:25 AM

Mar 2014: $3,000 / no data / $50 / no data
Feb 2014: $3,000 / no data / $50 / no data

The original amount of this account was $1,694

## DIVERSIFIED CONSULTANTS

**Address:**
10550 DEERWOOD PARK
BLVD 309
JACKSONVILLE, FL 32256
(800) 771-5361

**Account Number:**
39363525

**Original Creditor:**
SPRINT

**Address Identification Number:**
0153922735

**Status:** Collection account. $1,461 past due as of Jan 2016.

**Status Details:** This account is scheduled to continue on record until Jul 2020.

| | | |
|---|---|---|
| **Date Opened:** 11/2015 | **Type:** Collection | **Credit Limit/Original Amount:** $1,461 |
| **Reported Since:** 01/2016 | **Terms:** 1 Months | **High Balance:** NA |
| **Date of Status:** 01/2016 | **Monthly Payment:** $0 | **Recent Balance:** $1,461 as of 01/2016 |
| **Last Reported:** 01/2016 | **Responsibility:** Individual | **Recent Payment:** $0 |
| **Payment History:** | | |

2016
JAN

**Account History:**
Collection as of Jan 2016

## MID ATLANTIC FINANCE

**Address:**
4592 ULMERTON RD STE 200
CLEARWATER, FL 33762
(813) 527-7151

**Account Number:**
2157....

**Address Identification Number:**
0154501468

**Status:** Account charged off. $5,224 written off. $5,224 past due as of Jan 2016.

**Status Details:** This account is scheduled to continue on record until Sep 2020.
This item was updated from our processing of your dispute in Oct 2012.

| | | |
|---|---|---|
| **Date Opened:** 03/2012 | **Type:** Auto Loan | **Credit Limit/Original Amount:** $11,414 |
| **Reported Since:** 04/2012 | **Terms:** 35 Months | **High Balance:** NA |
| **Date of Status:** 01/2014 | **Monthly Payment:** $0 | **Recent Balance:** $5,224 as of 01/2016 |
| **Last Reported:** 01/2016 | **Responsibility:** Individual | **Recent Payment:** $0 |

**Payment History:**

| 2016 | 2015 | | | | | | | | | | | 2014 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL |

| | | | | | 2013 | | | | | | | | | | | | | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR |

Experian – Report Summary                                                                2/25/16, 9:22 AM

0834140935

Status: Open/Never late.

| | | |
|---|---|---|
| **Date Opened:** 09/2012 | **Type:** Credit card | **Credit Limit/Original Amount:** $2,175 |
| **Reported Since:** 02/2013 | **Terms:** NA | **High Balance:** $2,279 |
| **Date of Status:** 01/2016 | **Monthly Payment:** $38 | **Recent Balance:** $1,200 as of 01/2016 |
| **Last Reported:** 01/2016 | **Responsibility:** Individual | **Recent Payment:** $597 |

Payment History:

2016  2015
JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN   2014
                                                      DEC NOV OCT SEP AUG JUL

                          2013
JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB

Balance History - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Dec 2015: $1,133 / November 12, 2015 / $62 / no data
Nov 2015: $795 / November 12, 2015 / $35 / $100
Oct 2015: $519 / September 22, 2015 / $35 / $500
Sep 2015: $1,015 / September 1, 2015 / $35 / $3
Aug 2015: $1 / August 19, 2015 / $1 / $305
Jul 2015: $98 / April 23, 2015 / $35 / no data
Jun 2015: $0 / April 23, 2015 / $35 / no data
May 2015: $0 / April 23, 2015 / $35 / $185
Apr 2015: $185 / April 7, 2015 / $35 / $2,100
Mar 2015: $2,279 / February 16, 2015 / $95 / no data
Feb 2015: $26 / February 16, 2015 / $26 / $702
Jan 2015: $408 / January 15, 2015 / $35 / $200

Between Sep 2015 and Dec 2015, your credit limit/high balance was $2,175
Between Jan 2015 and Aug 2015, your credit limit/high balance was $775

**CAPITAL ONE**

| | | |
|---|---|---|
| **Address:** PO BOX 30285 SALT LAKE CITY, UT 84130 (800) 227-4825 | **Account Number:** 415417750191.... | |
| **Address Identification Number:** 0824432256 | | |

Status: Open/Never late.

| | | |
|---|---|---|
| **Date Opened:** 07/2015 | **Type:** Business Card | **Credit Limit/Original Amount:** $1,500 |
| **Reported Since:** 08/2015 | **Terms:** NA | **High Balance:** $845 |
| **Date of Status:** 02/2016 | **Monthly Payment:** $15 | **Recent Balance:** $219 as of 02/2016 |
| **Last Reported:** 02/2016 | **Responsibility:** Individual | **Recent Payment:** $0 |

Payment History:

2016  2015
FEB JAN DEC NOV OCT SEP AUG

Balance History - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Jan 2016: $245 / December 30, 2015 / $15 / no data
Dec 2015: $400 / October 20, 2015 / $15 / no data
Nov 2015: $165 / October 20, 2015 / $15 / no data
Oct 2015: $266 / September 19, 2015 / $15 / no data

Sep 2015: $243 / August 18, 2015 / $15 / no data
Aug 2015: $110 / no data / $15 / no data

Between Dec 2015 and Jan 2016, your credit limit/high balance was $1,500
Between Aug 2015 and Nov 2015, your credit limit/high balance was $500

**CONNS CREDIT CORP**
Address:               Account
3295 COLLEGE ST     Number:
BEAUMONT,            20372....
TX 77701
(409) 832-1696
Address Identification Number:
0771706603

Status:  Paid, Closed/Never late.          Status Details:  This account is scheduled to continue on record until Jun 2025.

Date Opened:      Type:                    Credit Limit/Original Amount:
05/2013           Secured Loan             $502
Reported Since:   Terms:                   High Balance:
05/2013           18 Months                NA
Date of Status:   Monthly Payment:         Recent Balance:
06/2015           $0                       NA
Last Reported:    Responsibility:          Recent Payment:
06/2015           Individual               NA
Payment History:

| 2015 | | | | | | 2014 | | | | | | | | | | | | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC |

NOV  OCT  SEP  AUG  JUL  JUN  MAY

Balance History - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
May 2015: $98 / January 7, 2015 / $27 / no data
Apr 2015: $98 / January 7, 2015 / $27 / no data
Apr 2015: $98 / January 7, 2015 / $27 / no data
Feb 2015: $98 / January 7, 2015 / $27 / no data
Jan 2015: $98 / January 7, 2015 / $27 / $26
Dec 2014: $124 / November 2, 2014 / $27 / no data
Nov 2014: $124 / November 2, 2014 / $27 / $24
Oct 2014: $149 / October 3, 2014 / $27 / $45
Sep 2014: $194 / September 14, 2014 / $27 / $10
Aug 2014: $175 / August 29, 2014 / $27 / $26
Jul 2014: $201 / July 23, 2014 / $27 / $27
Jun 2014: $229 / June 27, 2014 / $27 / $27
May 2014: $257 / May 28, 2014 / $27 / $27
Apr 2014: $255 / April 26, 2014 / $27 / $55
Mar 2014: $310 / February 7, 2014 / $27 / no data
Feb 2014: $310 / February 7, 2014 / $27 / $238

The original amount of this account was
$502

**CONNS CREDIT CORP**
Address:               Account
3295 COLLEGE ST     Number:
BEAUMONT,            20372:...
TX 77701
(409) 832-1696
Address Identification Number:

0154501468

**Status:** Paid, Closed/Never late.   **Status Details:** This account is scheduled to continue on record until Aug 2023.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 07/2013 | Secured Loan | $378 |
| Reported Since: | Terms: | High Balance: |
| 03/2013 | 18 Months | NA |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 08/2013 | $0 | NA |
| Last Reported: | Responsibility: | Recent Payment: |
| 08/2013 | Individual | NA |

**Payment History:**

2013
AUG  JUL  JUN  MAY  APR  MAR

**CONNS CREDIT CORP**
Address:          Account
3295 COLLEGE ST   Number:
BEAUMONT,         20372....
TX 77701
(409) 832-1696
Address Identification Number:
0154501468

**Status:** Paid, Closed/Never late.   **Status Details:** This account is scheduled to continue on record until Sep 2023.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 07/2013 | Secured Loan | $220 |
| Reported Since: | Terms: | High Balance: |
| 04/2013 | 8 Months | NA |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 09/2013 | $0 | NA |
| Last Reported: | Responsibility: | Recent Payment: |
| 09/2013 | Individual | NA |

**Payment History:**

2013
SEP  AUG  JUL  JUN  MAY  APR

**CONNS CREDIT CORP**
Address:          Account
3295 COLLEGE ST   Number:
BEAUMONT,         20372....
TX 77701
(409) 832-1696
Address Identification Number:
0812592285

**Status:** Paid, Closed/Never late.   **Status Details:** This account is scheduled to continue on record until Sep 2023.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 08/2013 | Secured Loan | $546 |
| Reported Since: | Terms: | High Balance: |
| 09/2012 | 12 Months | NA |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 09/2013 | $0 | NA |
| Last Reported: | Responsibility: | Recent Payment: |
| 09/2013 | Individual | NA |

**Payment History:**

2013                                    2012

Unofficial Copy Office of Chris Daniel District Clerk

Experian – Report Summary                                                                     2/25/16, 9:22 AM

SEP  AUG  JUL  JUN  MAY  APR  MAR  FEB  JAN  DEC  NOV  OCT  SEP

**CONNS CREDIT CORP**
Address:            Account
3295 COLLEGE ST     Number:
BEAUMONT,           20372....
TX 77701
(409) 832-1696
Address Identification Number:
0771706603

Status:  Paid, Closed/Never late.         Status Details:  This account is scheduled to continue on record until Jul
                                          2025.

Date Opened:      Type:                Credit Limit/Original Amount:
08/2013           Secured Loan         $548
Reported Since:   Terms:               High Balance:
08/2013           18 Months            NA
Date of Status:   Monthly Payment:     Recent Balance:
07/2015           $0                   NA
Last Reported:    Responsibility:      Recent Payment:
07/2015           Individual           NA
Payment History:

2015                                2014
 JUL  JUN  MAY  APR  MAR  FEB  JAN  DEC  NOV  OCT  SEP  AUG  JUL  JUN  MAY  APR  MAR  FEB  JAN

2013
DEC  NOV  OCT  SEP  AUG

Balance History - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Jun 2015: $150 / June 7, 2015 / $30 / $30
May 2015: $181 / January 7, 2015 / $30 / no data
Apr 2015: $181 / January 7, 2015 / $30 / no data
Apr 2015: $181 / January 7, 2015 / $30 / no data
Feb 2015: $181 / January 7, 2015 / $30 / no data
Jan 2015: $181 / January 7, 2015 / $30 / $30
Dec 2014: $211 / November 2, 2014 / $30 / no data
Nov 2014: $211 / November 2, 2014 / $30 / $30
Oct 2014: $242 / September 30, 2014 / $30 / no data
Sep 2014: $242 / September 30, 2014 / $30 / $30
Aug 2014: $242 / Auguat 29, 2014 / $30 / $30
Jul 2014: $273 / July 23, 2014 / $30 / $30
Jun 2014: $303 / June 27, 2014 / $30 / $30
May 2014: $334 / May 28, 2014 / $30 / $30
Apr 2014: $334 / April 26, 2014 / $30 / $60
Mar 2014: $395 / March 1, 2014 / $30 / $30
Feb 2014: $425 / February 23, 2014 / $30 / $337

The original amount of this account was
$548

**CONNS CREDIT CORP**
Address:            Account
3295 COLLEGE ST     Number:
BEAUMONT,           20372....
TX 77701
(409) 832-1696
Address Identification Number:
0771706603

Status:  Paid, Closed/Never late.         Status Details:  This account is scheduled to continue on record until Sep

Nov 2015: $96,987 / September 2, 2015 / $600 / no data
Oct 2015: $96,033 / September 2, 2015 / $600 / $500
Sep 2015: $95,578 / August 21, 2015 / $600 / $500
Aug 2015: $89,657 / July 17, 2015 / $600 / $250
Jul 2015: $89,307 / April 17, 2015 / $600 / no data
Jun 2015: $53,000 / April 17, 2015 / $600 / no data
May 2015: $52,400 / April 17, 2015 / $600 / $1,200
Apr 2015: $53,000 / February 9, 2015 / $600 / no data
Mar 2015: $52,400 / February 9, 2015 / $600 / $1,200
Feb 2015: $53,000 / January 26, 2015 / $600 / $1,200
Jan 2015: $53,600 / no data / $600 / no data
Dec 2014: $53,000 / no data / $600 / no data
Nov 2014: $53,000 / February 20, 2014 / $600 / $0

**PAYLIANCE**

| | | |
|---|---|---|
| **Address:**<br>3 EASTON OVAL STE 210<br>COLUMBUS, OH 43219<br>(877) 892-4325 | **Account Number:**<br>179.... | **Original Creditor:**<br>USPS 770 HOUSTON TX |

**Address Identification Number:**
0789662586

**Status:** Paid, Closed.

| | | |
|---|---|---|
| **Date Opened:**<br>07/2013 | **Type:**<br>Collection | **Credit Limit/Original Amount:**<br>$430 |
| **Reported Since:**<br>10/2013 | **Terms:**<br>1 Months | **High Balance:**<br>NA |
| **Date of Status:**<br>08/2014 | **Monthly Payment:**<br>$0 | **Recent Balance:**<br>NA |
| **Last Reported:**<br>08/2014 | **Responsibility:**<br>Individual | **Recent Payment:**<br>NA |

**Payment History:**

2014                                          2013
AUG  JUL  JUN  MAY  APR  MAR  FEB  JAN  DEC  NOV  OCT

**Account History:**
Collection as of Oct 2013

**PAYLIANCE**

| | | |
|---|---|---|
| **Address:**<br>3 EASTON OVAL STE 210<br>COLUMBUS, OH 43219<br>(877) 892-4325 | **Account Number:**<br>184.... | **Original Creditor:**<br>USPS 770 HOUSTON TX |

**Address Identification Number:**
0789662586

**Status:** Paid, Closed.

| | | |
|---|---|---|
| **Date Opened:**<br>10/2013 | **Type:**<br>Collection | **Credit Limit/Original Amount:**<br>$256 |
| **Reported Since:**<br>01/2014 | **Terms:**<br>1 Months | **High Balance:**<br>NA |
| **Date of Status:**<br>05/2014 | **Monthly Payment:**<br>$0 | **Recent Balance:**<br>NA |
| **Last Reported:**<br>05/2014 | **Responsibility:**<br>Individual | **Recent Payment:**<br>NA |

**Payment History:**

2014
MAY  APR  MAR  FEB  JAN

**Account History:**
Collection as of Jan 2014

Experian - Report Summary                                                                2/25/16, 9:10 AM

Nov 2015: $96,987 / September 2, 2015 / $600 / no data
Oct 2015: $96,033 / September 2, 2015 / $600 / $500
Sep 2015: $95,578 / August 21, 2015 / $600 / $500
Aug 2015: $89,657 / July 17, 2015 / $600 / $250
Jul 2015: $89,307 / April 17, 2015 / $600 / no data
Jun 2015: $53,000 / April 17, 2015 / $600 / no data
May 2015: $52,400 / April 17, 2015 / $600 / $1,200
Apr 2015: $53,000 / February 9, 2015 / $600 / no data
Mar 2015: $52,400 / February 9, 2015 / $600 / $1,200
Feb 2015: $53,000 / January 26, 2015 / $600 / $1,200
Jan 2015: $53,600 / no data / $600 / no data
Dec 2014: $53,000 / no data / $600 / no data
Nov 2014: $53,000 / February 20, 2014 / $600 / $0

**PAYLIANCE**
Address:                       Account Number:            Original Creditor:
3 EASTON OVAL STE 210          179...                     USPS 770 HOUSTON TX
COLUMBUS, OH 43219
(877) 892-4325
Address Identification Number:
0789662586

Status:  Paid, Closed.

Date Opened:          Type:                Credit Limit/Original Amount:
07/2013               Collection           $430
Reported Since:       Terms:               High Balance:
10/2013               1 Months             NA
Date of Status:       Monthly Payment:     Recent Balance:
08/2014               $0                   NA
Last Reported:        Responsibility:      Recent Payment:
08/2014               Individual           NA
Payment History:

2014                                       2013
AUG  JUL  JUN  MAY  APR  MAR  FEB  JAN  DEC  NOV  OCT

Account History:
Collection as of Oct 2013

**PAYLIANCE**
Address:                       Account Number:            Original Creditor:
3 EASTON OVAL STE 210          184...                     USPS 770 HOUSTON TX
COLUMBUS, OH 43219
(877) 892-4325
Address Identification Number:
0789662586

Status:  Paid, Closed.

Date Opened:          Type:                Credit Limit/Original Amount:
10/2013               Collection           $256
Reported Since:       Terms:               High Balance:
01/2014               1 Months             NA
Date of Status:       Monthly Payment:     Recent Balance:
05/2014               $0                   NA
Last Reported:        Responsibility:      Recent Payment:
05/2014               Individual           NA
Payment History:

2014
MAY  APR  MAR  FEB  JAN

Account History:
Collection as of Jan 2014

Sep 2015: $243 / August 18, 2015 / $15 / no data
Aug 2015: $110 / no data / $15 / no data

Between Dec 2015 and Jan 2016, your credit limit/high balance was $1,500
Between Aug 2015 and Nov 2015, your credit limit/high balance was $500

**CONNS CREDIT CORP**
**Address:**          **Account**
3295 COLLEGE ST   **Number:**
BEAUMONT,          20372....
TX 77701
(409) 832-1696
**Address Identification Number:**
0771706803

**Status:**  Paid, Closed/Never late.          **Status Details:**  This account is scheduled to continue on record until Jun 2025.

| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
|---|---|---|
| 05/2013 | Secured Loan | $502 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 05/2013 | 18 Months | NA |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 06/2015 | $0 | NA |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 06/2015 | Individual | NA |

**Payment History:**

| 2015 | | | | | | 2014 | | | | | | | | | | | | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC |

NOV OCT SEP AUG JUL JUN MAY

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
May 2015: $98 / January 7, 2015 / $27 / no data
Apr 2015: $98 / January 7, 2015 / $27 / no data
Apr 2015: $98 / January 7, 2015 / $27 / no data
Feb 2015: $98 / January 7, 2015 / $27 / no data
Jan 2015: $98 / January 7, 2015 / $27 / $26
Dec 2014: $124 / November 2, 2014 / $27 / no data
Nov 2014: $124 / November 2, 2014 / $27 / $24
Oct 2014: $149 / October 3, 2014 / $27 / $45
Sep 2014: $194 / September 14, 2014 / $27 / $10
Aug 2014: $175 / August 29, 2014 / $27 / $26
Jul 2014: $201 / July 23, 2014 / $27 / $27
Jun 2014: $229 / June 27, 2014 / $27 / $27
May 2014: $257 / May 28, 2014 / $27 / $27
Apr 2014: $255 / April 26, 2014 / $27 / $55
Mar 2014: $310 / February 7, 2014 / $27 / no data
Feb 2014: $310 / February 7, 2014 / $27 / $238

The original amount of this account was
$502

**CONNS CREDIT CORP**
**Address:**          **Account**
3295 COLLEGE ST   **Number:**
BEAUMONT,          20372....
TX 77701
(409) 832-1696
**Address Identification Number:**

Experian – Report Summary                                                                                                 2/25/16, 9:10 AM

0154501468

Status:  Paid, Closed/Never late.          Status Details:  This account is scheduled to continue on record until Aug 2023.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 07/2013 | Secured Loan | $378 |
| Reported Since: | Terms: | High Balance: |
| 03/2013 | 18 Months | NA |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 08/2013 | $0 | NA |
| Last Reported: | Responsibility: | Recent Payment: |
| 08/2013 | Individual | NA |

Payment History:

2013
AUG  JUL  JUN  MAY  APR  MAR


**CONNS CREDIT CORP**

| Address: | Account |
|---|---|
| 3295 COLLEGE ST | Number: |
| BEAUMONT, | 20372.... |
| TX 77701 | |
| (409) 832-1696 | |

Address Identification Number:
0154501468

Status:  Paid, Closed/Never late.          Status Details:  This account is scheduled to continue on record until Sep 2023.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 07/2013 | Secured Loan | $220 |
| Reported Since: | Terms: | High Balance: |
| 04/2013 | 8 Months | NA |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 09/2013 | $0 | NA |
| Last Reported: | Responsibility: | Recent Payment: |
| 09/2013 | Individual | NA |

Payment History:

2013
SEP  AUG  JUL  JUN  MAY  APR


**CONNS CREDIT CORP**

| Address: | Account |
|---|---|
| 3295 COLLEGE ST | Number: |
| BEAUMONT, | 20372.... |
| TX 77701 | |
| (409) 832-1696 | |

Address Identification Number:
0812592285

Status:  Paid, Closed/Never late.          Status Details:  This account is scheduled to continue on record until Sep 2023.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 08/2013 | Secured Loan | $546 |
| Reported Since: | Terms: | High Balance: |
| 09/2012 | 12 Months | NA |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 09/2013 | $0 | NA |
| Last Reported: | Responsibility: | Recent Payment: |
| 09/2013 | Individual | NA |

Payment History:

2013                                        2012

Unofficial Copy Office of Chris Daniel District Clerk

Experian – Report Summary                                                                                    2/25/16, 9:10 AM

0634140935

**Status:** Open/Never late.

**Date Opened:**
09/2012

**Reported Since:**
02/2013

**Date of Status:**
01/2016

**Last Reported:**
01/2016

**Type:**
Credit card

**Terms:**
NA

**Monthly Payment:**
$38

**Responsibility:**
Individual

**Credit Limit/Original Amount:**
$2,175

**High Balance:**
$2,279

**Recent Balance:**
$1,200 as of 01/2016

**Recent Payment:**
$597

**Payment History:**

| 2016 | 2015 | | | | | | | | | | | | 2014 | | | | | |
|------|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|-----|-----|-----|-----|-----|
| JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL |

| | | | | | | 2013 | | | | | | | | | | | | |
|------|------|-----|-----|-----|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | | |

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Dec 2015: $1,133 / November 12, 2015 / $62 / no data
Nov 2015: $795 / November 12, 2015 / $35 / $100
Oct 2015: $519 / September 22, 2015 / $35 / $500
Sep 2015: $1,015 / September 1, 2015 / $35 / $3
Aug 2015: $1 / August 19, 2015 / $1 / $305
Jul 2015: $98 / April 23, 2015 / $35 / no data
Jun 2015: $0 / April 23, 2015 / $35 / no data
May 2015: $0 / April 23, 2015 / $35 / $185
Apr 2015: $185 / April 7, 2015 / $35 / $2,100
Mar 2015: $2,279 / February 16, 2015 / $95 / no data
Feb 2015: $26 / February 18, 2015 / $26 / $702
Jan 2015: $408 / January 15, 2015 / $35 / $200

Between Sep 2015 and Dec 2015, your credit limit/high balance was $2,175
Between Jan 2015 and Aug 2015, your credit limit/high balance was $775

**CAPITAL ONE**
**Address:**
PO BOX 30285
SALT LAKE CITY, UT 84130
(800) 227-4825
**Address Identification Number:**
0824432256

**Account Number:**
415417750191....

**Status:** Open/Never late.

**Date Opened:**
07/2015

**Reported Since:**
08/2015

**Date of Status:**
02/2016

**Last Reported:**
02/2016

**Type:**
Business Card

**Terms:**
NA

**Monthly Payment:**
$15

**Responsibility:**
Individual

**Credit Limit/Original Amount:**
$1,500

**High Balance:**
$845

**Recent Balance:**
$219 as of 02/2016

**Recent Payment:**
$0

**Payment History:**

| 2016 | | 2015 | | | | |
|------|-----|------|-----|-----|-----|-----|
| FEB | JAN | DEC | NOV | OCT | SEP | AUG |

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Jan 2016: $245 / December 30, 2015 / $15 / no data
Dec 2015: $400 / October 20, 2015 / $15 / no data
Nov 2015: $165 / October 20, 2015 / $15 / no data
Oct 2015: $266 / September 19, 2015 / $15 / no data

p. 5

# Exhibit "B"

Unofficial Copy Office of Chris Daniel District Clerk

CONFIRMED FILE DATE: 3/9/2016

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

# Anthony Welch

### 7322 SW Freeway, Suite 802

### Houston, Texas 77074

December 19, 2015

Conn Credit

3295 College St.

Beaumont, TX  77701


Dear Sir or Madam:

I am writing to dispute the following information in my file. I have circled the items I dispute on the attached copy of the report I received.

This items disputed was paid in full and never late. Please delete it immediately...

Enclosed are copies of the credit report showing the false items?  Please reinvestigate these matters and delete or correct the disputed items as soon as possible.


Sincerely,

Anthony Welch


Enclosures: (Copy of my credit report)

# Anthony Welch

### 7322 SW Freeway, Suite 802

### Houston, Texas 77074

December 19, 2015

Cyber collect
3 East Oval Suites 210
Columbus, OH 43219

Dear Sir or Madam:

I am writing to dispute the following information in my file. I have circled the items I dispute on the attached copy of the report I received.

This items disputed was paid in full and never late.  Please delete it immediately...

Enclosed are copies of the credit report showing the false items.  Please reinvestigate these matters and delete or correct the disputed items as soon as possible.

Sincerely,

Anthony Welch

Enclosures: (Copy of my credit report)

# Anthony Welch

### 7322 SW Freeway, Suite 802

### Houston, Texas 77074

December 19, 2015

Mid-Atlantic Finance
4592 Ulmerton Road, Suite 201
Clearwater, FL 33762

Dear Sir or Madam:

I am writing to dispute the following information in my file. I have circled the items I dispute on the attached copy of the report I received.

This items disputed was paid in full and never late.  Please delete it immediately...

Enclosed are copies of the credit report showing the false items.  Please reinvestigate these matters and delete or correct the disputed items as soon as possible.

Sincerely,

Anthony Welch

Enclosures: (Copy of my credit report)

Unofficial Copy Office of Chris Daniel District Clerk

# Anthony Welch

### 7322 SW Freeway, Suite 802

### Houston, Texas 77074

December 19, 2015

Diversified Consultants
10550 Deerwood Park Blvd, Suite 309
Jacksonville, FL 32256

Dear Sir or Madam:

I am writing to dispute the following information in my file. I have circled the items I dispute on the attached copy of the report I received.

This items disputed was paid in full and never late.  Please delete it immediately...

Enclosed are copies of the credit report showing the false items.  Please reinvestigate these matters and delete or correct the disputed items as soon as possible.

Sincerely,

Anthony Welch

Enclosures: (Copy of my credit report)